**Order filed, August 3, 2018.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

———————

## NO. 14-18-00627-CV

———————

**G&A OUTSOURCING, INC.; G&A OUTSOURCING II, L.L.C.; AND G&A OUTSOURCING III, L.L.C., Appellant**

**V.**

**TEXAS WORKFORCE COMMISSION, Appellee**

**On Appeal from the 98th District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-GN-14-005431**

## ORDER

The reporter's record in this case was due August 2, 2018. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order LaSonya Thomas, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM